**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security    0   Assumption of Executory Contract or Unexpired Lease    0   Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-29610
THEODORE H. SMITH
    Judge: JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: November 14, 2019

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: RSH    Initial Debtor: THS    Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __500.00__ per __month__ to the Chapter 13 Trustee, starting on __November 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings

- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☒ Loan modification with respect to mortgage encumbering property:
  Description: 399 Meadowcroft Road, West Deptford, NJ 08096
  Proposed date for completion: 4/1/2020

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection ☐ NONE

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ ____1,540.74____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Wells Fargo Home Mortgage_____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,485.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Priority - Taxes | $23,747.46 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

      1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

      2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

      Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

U.S. Department of Housing & Urban Development has a subordinate mortgage on Debtor's residence that does not require monthly payments.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation

☒ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Priority Claims
4) Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: October 16, 2019                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| U.S. Department of Housing & Urban Development has a subordinate mortgage on Debtor's residence that does not require monthly payments. | Part 4(f) - reflect that the U.S. Department of Housing & Urban Development is not affected by the Plan and does not require any monthly payments be made. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

## Part 10:  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: November 14, 2019　　　　　　　　　　　　　　　　/s/ Theodore E. Smith
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

Date: November 14, 2019　　　　　　　　　　　　　　　　/s/ Richard S. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-29610-JNP
Theodore H. Smith                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                   Date Rcvd: Nov 15, 2019
                               Form ID: pdf901             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Theodore H. Smith,    399 Meadowcroft Road,    West Deptford, NJ 08096-4007
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518515916      +American Trading Co.,    19 Mocrolab Road,    Suite C,    Livingston, NJ 07039-1632
518515917      +Apex Asset Mgmt,    2501 Oregon Pike,    Suite 120,    Lancaster, PA 17601-4890
518515918      +Billows Electric Supply Co., Inc.,    1813 Underwood Blvd.,    Delran, NJ 08075-1232
518515919       Bradford Exchange Online,    Attn: Universal Fidelity, LP,    PO Box 941911,
                 Houston, TX 77094-8911
518515922       CBE Group,    PO Box 2217,    Waterloo, IA 50704-2217
518515924       Commercial Check Control,    101 N. Orange Avenue,    Suite F,    West Covina, CA 91790-2087
518515926      +Cooper University Health Care,    PO Box 2090,    Morrisville, NC 27560-2090
518515928       Credit Management,    PO Box 118288,    Carrollton, TX 75011-8288
518515930       FirstCredit, Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
518515931      +Gary M. Perkiss, Esquire,    One Greetree Centre,    10000 Lincoln Drive East,    Suite 201,
                 NJ 08053-3105
518519545      +Gary M. Perkiss, Esquire,    Gary M. Perkiss, P.C.,    Noble Plaza,    801 Old York Road,
                 Suite 313,    Jenkintown, PA 19046-1611
518515934      +Lenox, Socey, Formidoni, Giordano,,   Cooley, Lang & Casey, LLC,    PO Box 6448,
                 136 Franklin Corner Road, 2nd Floor,    Lawrence Township, NJ 08648-2586
518515935       Lourdes Health System,    PO Box 822099,    Philadelphia, PA 19182-2099
518515937       Miraca Life Scienses,    PO Box 844117,    Dallas, TX 75284-4117
518515938      +Optimum Outcomes,    PO Box 58015,    Raleigh, NC 27658-8015
518517537      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518515939      +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
518515940      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
518515941       Quality Asset Recovery, LLC,    PO Box 239,    Gibbsboro, NJ 08026-0239
518515942       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
518515943       Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
518515945      +South Jersey Endoscopy Center,    26 E. Red Bank Avenue,    Woodbury, NJ 08096-1611
518515946      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518515947       Trident Asset Management,    10375 Old Alabama Road,    Suite 303,    Alpharetta, GA 30022
518538352      +US Department of HUD,    Jacob K. Javits Bldg,    26 Federal Plaza Ste 3541,
                 New York NY 10278-0004
518515948      +Virtua Health,    2000 Crawford Place Suite 100,    Mount Laurel, NJ 08054-3920
518566461       Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y , 1000 Blue Gentian Road,    Eagan MN  55121-7700
518515949      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
518515950      +West Jersey Anesthesia Associates,    1000 White Horse Road,    Suite 204,
                 Voorhees, NJ 08043-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518515915      +E-mail/Text: bkrpt@retrievalmasters.com Nov 16 2019 01:25:52
                 American Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
518515920       E-mail/Text: info@chcollects.com Nov 16 2019 01:27:25      C&H Collection Services Inc.,
                 PO Box 1399,    Merchantville, NJ 08109-0399
518515921       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 01:36:14      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518564079      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 01:36:32
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518564078      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2019 01:36:32      Capital One N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518515923       E-mail/Text: documentfiling@lciinc.com Nov 16 2019 01:24:55      Comcast,    PO Box 3002,
                 Southeastern, PA 19398-3002
518515925       E-mail/Text: tuscolsup@fisglobal.com Nov 16 2019 01:27:04      Complete Payment Recovery Svcs,
                 PO Box 038997,    Tuscaloosa, AL 35403-8997
518515927      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2019 01:27:19
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518515929       E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 01:34:49      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518515932       E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 01:25:24      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518515936       E-mail/Text: camanagement@mtb.com Nov 16 2019 01:25:37      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
518515944       E-mail/Text: bankruptcy@savit.com Nov 16 2019 01:27:23      Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Billows Electric Supply Company,    1813 Underwood Boulevard,    Delran, NJ 08075-1232
518515933   ##+John Lee Jackson, Esquire,    Universal Fidelity, LP,    16325 Westheimer Road,
              Houston, TX 77082-1233
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
```
              Gary M. Perkiss    on behalf of Creditor    Billows Electric Supply Company gperkiss@perkiss.com
              Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Theodore H. Smith rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 6
```